## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-12192 |
| | : | |
| GIST LOGISTICS, INC. | : | SECTION "A" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## ORDER APPROVING COMPROMISE

On April 10, 2014, David V. Adler, Chapter 7 trustee of the captioned estate ("Trustee"), filed a Motion to Approve Compromise ("Motion") **(P-47)**. The Motion sought the Court's approval to enter into a compromise of the adversary proceeding styled as *David V. Adler v. American Express Company, et al.,* Adv. No. 14-1012. No objections were filed prior to the hearing on the Motion scheduled for May 6, 2014 ("Hearing").

After considering the pleadings, the record in this case, and finding that proper notice was given to all parties-in-interest, that no objections were filed prior to the Hearing, and the Court being convinced that the proposed compromise is fair and equitable and is in the best interest of the estate and its creditors;

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Trustee is authorized to enter into the compromise described in the Motion, the material terms of which are as follows:

(i) One or More of the defendants (American Express Company, American Express Centurion Bank, American Express Travel Related Services Co., Inc., and American Express Bank, FSB) shall pay the estate a total of $16,409.18 within thirty (30) days of the entry of this Order Approving Compromise.

**IT IS HEREBY FURTHER ORDERED** that the Trustee is authorized and empowered to take all necessary acts to carry out and implement the terms of the compromise.

- 2 -

**IT IS HEREBY FURTHER ORDERED** that this Court retains jurisdiction (i) to enforce and implement the terms and provisions of the Motion and any agreements entered into in connection therewith, (ii) to resolve any disputes arising under or related to the Motion, and (iii) to interpret, implement and enforce the provisions of this Order.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 6, 2014.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge